FILED
CLERK U.S. DISTRICT COURT

JUL - 1 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. MJ 16-1352 |
| v. | ) | |
| KEISHON McDONALD, | ) | ORDER OF DETENTION |
| Defendant. | ) | |

I.

A. ( )   On motion of the Government in a case allegedly involving:

    1. ( )   a crime of violence.

    2. ( )   an offense with maximum sentence of life imprisonment or death.

    3. ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years .

    4. ( )   any felony - where the defendant has been convicted of two or more prior offenses described above.

    5. ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. (✓)   On motion by the Government / ( ) on Court's own motion, in a case

---

allegedly involving:

( ✓ )   On the further allegation by the Government of:

   1. ( ✓ )   a serious risk that the defendant will flee.

   2. ( )   a serious risk that the defendant will:

      a. ( ) obstruct or attempt to obstruct justice.

      b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/ ( ✓ ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. ( ✓ )   The Court finds that no condition or combination of conditions will reasonably assure:

   1. ( ✓ )   the appearance of the defendant as required.

     ( )   and/or

   2. ( )   the safety of any person or the community.

B. ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1

## IV.

The Court also has considered all the evidence adduced at the hearing and the

arguments and/or statements of counsel, and the Pretrial Services

Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A. (✓)   As to flight risk: _nature of the offenses; no known_

_residence; no known bail resources_

B. ( )   As to danger: _____

## VI.

A. ( )   The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1 | B. The Court bases the foregoing finding(s) on the following: _____

2 | _____

3 | _____

4 | _____

5 | _____

6 | _____

7 | _____

8 | _____

9 | **VII.**

10

11 | A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

12 | B. IT IS FURTHER ORDERED that the defendant be committed to the

13 | custody of the Attorney General for confinement in a corrections facility

14 | separate, to the extent practicable, from persons awaiting or serving

15 | sentences or being held in custody pending appeal.

16 | C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

17 | opportunity for private consultation with counsel.

18 | D. IT IS FURTHER ORDERED that, on order of a Court of the United States

19 | or on request of any attorney for the Government, the person in charge of

20 | the corrections facility in which the defendant is confined deliver the

21 | defendant to a United States marshal for the purpose of an appearance in

22 | connection with a court proceeding.

23

24

25

26 | DATED: July 1, 2016

HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR-94 (06/07)